UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS.

**08 CA 10151 RWZ**

JOHN OGBODO EZE
(Plaintiff)

CIVIL ACTION
NO. _____

MAGISTRATE JUDGE Bowler

vs.

DEPARTMENT OF
HOMELAND SECURITY,
DHS;
ATTORNEY GENERAL GONZALEZ;

BOSTON UNIVERSITY &
VARIOUS UNNAMED CAMPUS
~~SECU~~ POLICE OFFICERS;

UNITED STATES
(Defendants), ET AL

---

COMPLAINT FOR CIVIL DAMAGES

---

1. Plaintiff, John O. Eze, is/was a resident of Massachussetts, at all times herein mentioned.

## II

DEFENDANT DHS is an agent of The United States Government.

## III

DEFENDANT several unnamed Boston University campus police officers were, at all times herein mentioned, residents of The State of Massachussetts.

## IV

DEFFENDANT BOSTON University was s/ is the employer for the various unnamed campus police officers, at all times herein mentioned.

## V

DEFENDANT UNITED STATES GOVT was, and still is, the employer for the various DHS agents.

The above named Defendant(s), where applicable, are sued both personally and in their official capacities.

## FACTS:

Plaintiff, John Eze, was falsely imprisoned by the DHS from January 27th, 2003, to Feb. 18th, 2005. The detention was a result of a detainer lodged by the DHS on the unfounded notion that plaintiff was out of status.

By reason of defendants' malicious conduct, Mr. Eze was spent two years and twelve days of his precious life in various detention centres when he committed no crime.

Plaintiff alleges that the DHS and Boston University authorities and their campus police engaged in conspiracy to subject plaintiff to this entire ordeal for the purposes of punishment.

(4)

By reason of the conduct of the various defendants, plaintiff suffered irreparable harm.

Wherefore plaintiff seeks compensatory and punitive damages in the amount to be determined by the jury.

Plaintiff demands trial by jury of 12 on all counts.

Furthermore, plaintiff requests leave of Court to amend this Complaint.

Declaration: Plaintiff, John Ezo, states under penalty of perjury that the facts stated above are true and correct and to the best of my recollections.

Respectfully Submitted

*[signature]*

John Eze

Dated:
January 24th,
2008.

APPLICATION FOR WAIVER OF FILING FEE(S) ?/OR CERTIFICATE OF INDEGENCY:

I, John Eze, hereby state that currently I am unable to afford the filing fees and other costs associated with this suit and thereby prays that this Court waive the costs and fees.

2. I further state the presently I am under severe hardship and cannot afford the necessary filing fees.

Respectfully Submitted,
John Eze.
John Ogbodo Eze

DATED:
JAN. 24, 2008