## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN O. EZE
                **Plaintiff**

      **V.**

**DEPARTMENT OF HOMELAND SECURITY ET AL**
                **Defendants**

**CIVIL ACTION**

**NO. 08CV10151-RWZ**

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ENDORSED ORDER entered 2/20/09; Judgment is entered for DISMISSING the complaint.

                                                  **By the Court,**

**2/20/09**                                               **s/ Lisa A. Urso**
**Date**                                                      **Deputy Clerk**